[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 1, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12056
Non-Argument Calendar

_____

D. C. Docket No. 06-00438-CR-KOB-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM EARL ERVIN, JR.

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(February 1, 2008)**

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

James L. O'Kelley, appointed counsel for William Earl Ervin, Jr., has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ervin's convictions and sentences are **AFFIRMED**.